United States District Court
District of Massachusetts

Robert Pingaro
258 Central St
Saugus Mass 01906
PLAINTIFF

Chapter 13
03-11854
WCH

781 231 2079

FILED
IN CLERKS OFFICE

Pro se Robert Pingaro
258 Central St
Saugus Mass 01906

2004 SEP 29 A 11:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # 58969
AMOUNT $ 150.00
SUMMONS ISSUED ____
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. M.P.
DATE 9/29/04

Chapter 13 Case No 03-11854
US Bankruptcy Court
Boston Mass

04" 12088-JLT

MAGISTRATE JUDGE MBB

Complaint and Motion

To stop a hearing on Nov 16
To stop everything in Bankruptcy Court Room
To 2014 in Judge Hillman Court 3
US Bankruptcy Court Boston Mass

And to grant a hearing in
US District Court on this maters
And to vacate Judge Tauro Ruling
or Reassignment and Reconsideration
for Amerquest Mortage company
for I had no Due Prosses of law
No motions were filed and I had no resopces
from Judge Tauro Court and no papers were
Filed from Amerquest Morgae company or from me
Robert Pingaro

Mr Robert Pingaro                     9/29/04

PLAINTIFF
Pro se Robert Pingaro    258 Central St
03-11854 WCH             Saugus Mass 01906
Chapter 13

1. DEFENDANTS
   Judge William Hillman
   Courtroom 3   10 Caseway Street
   1101 O'Neill Federal Building
   Boston Mass 02222

2. Defendant
   Creditor Ameriquest Mortage Company
   Attorney Alexander L Cataldo P.C.
   894 Main Street
   Norwell Mass 02061-2316

3. Defendant
   Creditor Ameriquest Mortage Company
   Jeffrey Nemer Fields + Younger
   18400 Von Karman Ave Ste 800
   Irvine CA 92612

Mr Robt Pingro                              9/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Robert Pingaro - 03-11854  Chapter 13
258 Central St                    WCH
Saugus Mass 01906

Phone 781 231 2079

## ALLEGATION

1. I have a **Chapter 7 Discharge** in 201 by Judge Feeney US Bankruptcy Court I do not owe any money to Amerquest mortage company

2. **Have court order Parties Stipulate that value of my Property is 16000 which** the Court Allowed at hearing on Sept 24 2003 - In Judge Kenner Court US Bankrudcy Court Amerquest mortage approve this in hearing on Sept 24

3. **Have Court Order Confirming** my Chapter 13 Plan from Judge which I am paying at this time given by Judge Joan M Feeney 8/5/2004 Paying 16000 to Amerquest mourtage company

4. Have motion's by Amerquest mortage to Approve Stipulation to value

   **Have motion to Stipulation to value**

   Have motion Request for expedited Determination of motion to approve Stipulation all by Amerquest mortage company which the court Allowed

Mr Robert Pingaro
9/29/04

Pro se Robert Pingaro 03-11854 Chapter 13
258 Central St                    WCH
Saugus Mass 01906        Phone 781 231 2079

# Allegation's

5. Now they are takeing me in court again 3 time's same trail when they approve this time and time again

6. Judge Hillman US Bankruptcy Court said this is all confuseins to him and order a Hearing. Again did not look at my paper's or evedence at all

7. When we had these Hearing's in Judge Kenner court US Bankruptcy sending you the proof from Applete court And Judge Kenner court

8. Ameriquest mortage Has done this before look at the motion's I am sending to you they were all dissmit & dienied By Judge Kenner US Bankruptcy court in 203

Mr Robert Pingaro
9/29/04

Pro Se Robert Pingaro
258 Central St
Saugus Mass 01906

Chapter 13  03-11854
WCH

# ALLEGATIONS

9. AHd TO VACATE THE ORDER OF Judge Joseph TAURO US District Court For reconsideration And Reassigment Because he Did not get any Proof from Amerquest Mortage or I Did not Get Any paper work from court. or ask me for any proof Robert Pingaro in this case he does not have any paper work on this case AT ALL all they Did was file a case WITH NO Evardence AT ALL I ASK This court for a Hearing in US District Court so I can have a Fair Hearing I will not get a Fair Hearing in Judge Hillman court

MR Robert Pingaro
9/29/04

Pro se Robert Prisbono   258 Central St
   03-11854 WCH         Saugus Mass 01906
   Chapter 13

## Allegation's

10

If you look at Judge Hillman's Hearing and what he is Haveing A Hearing for ~~is~~ is not for Reconsideration It is for Relief from stay And Request for Rom Relief And for Vacating Confirmation Plan This is not what Judge Tauro said he said for Reconsideration on Sept 24 Valuation Hearing Valuation of 16000 Hearing on my House If you look at Judge Kenner motions by Amerquest And Ruleing's This was done before Again Judge Tauro Did not get Any paper's from me or Amerquest Mortage. in Being Fair to Judge Tauro he does not know This case Judge Tauro closed This case. on Amerquest with out Asking me About Anything to This case or Asking me for Any proof I had no Due Proses of Law

Mr. Robert Prisbono
9/29/04

Robert Pingaro PROSE
255 Central St
Saugus Mass
01906

# United States District Court

# Allegation

1). Look at the motion I Robert Pingaro filed in Judge Hillman court <u>ALL I ASK FOR WAS every one to sign affidit + swear under pain's and penalties 0 perjury so everyone has to tell the true at Nov 16 2004 hearing it was denied by Judge Hillman</u> as I said I ask this court to stop this hearing because I can not get a fair trail in this case and grant me a hearing in US District Court

9/29/04

Robert Pingaro
PROSE
Chapter 13
03-11854
W-C-H

ALLEGATION

01/01/1995  01:19   617-231-8535         DANIEL ONEILL                    PAGE 02

Robert Pingaro
258 Central St
Saugus Mass 01906
03-11854

United States Bankruptcy Court
District of Massachusetts

Chapter 13
WCL
03-11854

Honorable Judge William C Hillman

Motion for Everyone to Sign Affidts
By Debtor Robert Pingaro 03-11854

I ASK This COURT TO ORder every one That is going TO TALK About The value of 258 Central ST Saugus on Nov 16 TO Sign Affidt + swear under The Pains And Penalties of Perjury Appraiser's And Lawer's order To Sign before Hearing of what They Sewn on My House and Land at 258 Central ST Saugus Mass so no one can lie TO This court About The House And Land I ASK This court TO GRANT This Motion So Every one will Tell The True This Time

Mr Robert Pingaro  Debtor
Date 9/9/04
03-11854
WCL
Chapter 13   Okh

Denied. William C Hillman 9/14/04

005800

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro se Robert Pingaro
355 Central St
Saugus Mass 01906

Chapt 13
03-11854
W C H

## Jurisdiction

I ask for Justis in this case I ask this court to stop this evidentiary hearing in Judge Hillman court US Bankruptcy for November 16 2004 Because this has already been done in Judge Kenner court
And in Judge Fenney court
And in United States Appellate court.
And to grant me a hearing in US District court Robert Pingaro Pro se 03-11854 W C H chapter 13 Bankruptcy case
So I can get a fair hearing in US District court I am not getting a fair hearing look at my Everdence in this case in Judge Hillman court US Bankruptcy I am not getting a fair hearing

Mr Robert Pingaro
9/29/04

Pro Se
Robert Pingaro
258 Central St
Saugus Mass 01906

Debtor
03-11854
W-C-H

United States District Court
District of Massachusetts

Chapter 13
03-11854
W-C-H

# Relief

I ASK THIS COURT TO STOP ALL Hearing's And motion's on November 16 2004 in Bankruptcy court Bankruptcy court in Judge Hillman court And To Here This case in the United States Distric court

I ASK This court For A Fair Hearing I Am Sending you Everdence of This case This case is Settled Look At My Everdence Chapter 7 Discharge 14 201 Valvelation Hearing in Sept 24 203 Look At Judge's order on sept 24 Hearing 23 Judge Carol J Kenner court Look At Judge Joan N Feeney court order And Confirming Amoung chapter 13 Plan Look At Judge Joan M Feeney Chapter 7 Discharge 14 201 ALL This Has Been Settled Look At Appellate Panel Ruleing on This case They Are Dismissed Now Amerquest mortage is Trying To Do This ALL over Again when they where in Agrement with This case Look At Court order's And Agrements my chapter 13 Plan Has Been Confined I Have Been Paying This I ASK This court To Grant me A Hearing And To Stop ALL Pleading's in Judge Hillman court

MR Robert Pingaro
9/29/04

Pro Se MR. Robert Pingaro

Robert Pingaro
258 Central St
Saugus Mass 01906
Debtor 03-11854
Chapter 13  W-C-H

## Relief

In Judge Hillman court He said This is confuseing it is very clear He did not ask me for This Evendence Look at Judge Feanny order confirming my chapter 13 plan it is clear I ask This court to please grant my Request to Here This case in US District court Look at Appraisel I Am sending you my House is sinking and my Lond is contamination and my Unsecured claims of Ameriquest were discharged in my chapter 7 01-11852 JHF Again I ask This court to stop This Hearing in Judge Hillman's court And to Here This in US District court All I ask is for Justic in This case And A fair Hearing in This case Again Look at my Evendence This Has been Settled please Grant This Hearing in US District court Thankyou Mr Robert Pingaro Pro Se

03-11854
W-C-H
Chapter 13

9/29/04