UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT L. PINGARO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12088-JLT |
| | * | |
| | * | |
| AMERIQUEST MORTGAGE COMPANY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

October 12, 2004

TAURO, J.

Plaintiff's Motion to Stay and Vacate (Civil Action No. 04-12088) is, in essence, a motion for reconsideration of this court's order remanding Civil Action No. 03-12639 to the United States Bankruptcy Court for the District of Massachusetts. This court hereby orders that:

1. Plaintiff's Motion to Stay and Motion to Vacate [#1] is DENIED;

2. The above-captioned action is transferred to the United States Bankruptcy Court for the District of Massachusetts as part of Civil Action No. 03-12639.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge