

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| US Bankruptcy Court | CIVIL ACTION #: 04-cv-12088 JLT |
| 10 Causeway Street | CRIMINAL #: |
| Boston, MA 02222 | |

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on October 12, 2004 by the Honorable Joseph L. Tauro.

The following documents are included in our file and transmitted herewith:

(X)    Certified copy of the docket entries;

(X)    Certified copy of the transferral order;

(X)    Original documents numbered 1-3

( )    To be included with our case number 03cv12639

Kindly acknowledge receipt of the above on the copy of this letter.

                                                  Respectfully,

                                                  TONY ANASTAS
                                                  CLERK OF COURT

Date: October 13, 2004                                   By: /s/ Kimberly M. Abaid
                                                                   Deputy Clerk

cc:    Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

                                                                                      By: _____
                                                                                      Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)