Supreme Court of the United States

To This Honorable Court

Motion to Stay
filed by Debtor Robert Pingaro Chapter 13    03-11854 JLT

1. To Stay Hearings until the Supreme Court makes its rulings on this case

2. To Stay Hearing in Judge William C. Hillman United States Bankruptcy Court Courtroom 3   10 Causeway St 1101 O'Neill Federal Building Boston Mass 02222 for Oct/28/2004   Nov/16/2004

3. To Stay Judge Tauro Order in Oct/12/2004 and Aug/5/2004 US District Federal Court 1 Court House Way Boston Mass

4. To Stay Amergeust Murphy & Chretien Attorney Alexander F. Cataldo P.C. 894 Main Street Norwell Mass 02061-2316

Chapter 13
03-11854
JLT

Date 10/18/04    Mr. Robert Pingaro
Thank You

Robert Pingaro
15 Central St
Nyus Mass 01906

Supreme Court of The United States
To This Honorable Court

MOTION TO STAY
Prose by Debtor Robert Pingaro    Chapter 13 03-11854
WCH

2004 OCT 19 P 1:51

5. I am sending this court the evidence in this case it is all in power's and my petition

6. They are taking me into court all over again and again for the same thing This is there 8 Law Firm They are Abusing the court system

7. I ask this High court to stop this look at my evidence and court Ruling's in this case This case was already settled in court This is there 8 Law Firm

8. I ask This Court To Grant This STAY
   WCH Chapter 13 03-11854

Mr Thank you Prose Mr Robert Pingaro

Date 10/18/04

Robert Pirgano
158 Contract[?]
Dysostnos[?]
01906

# Supreme Court of the United States

## Certificate of Service

Pro Se Motion to Stay
by Debra Robert Pirgano 03-11854 WCH Chapter 13

I have sent a copy of this motion to parties listed below by first class mail

Credit Amerquest Mortgage
Attorney Alexander Lombardo P.C.
594 Main St
Norwell Mass 02061-8316

Judge Hillman
United States Bankruptcy Court
11 Floor 10 Causeway St
Boston Mass 02222

United States District Court
Judge Tauro
United States Court House
1 Court House Way Suite 2300
Boston Mass 02210

Doreen Solomont Chapter 13 Trustee
PO Box 8250
Boston Mass 02114-0033

Chapter 13
03-11854
Robert Pirgano WCH