No. _____

[stamp: OCT 20 A 11:19 DISTRICT COURT DIST OF MASS]

IN THE

SUPREME COURT OF THE UNITED STATES

---

chapter 13 03-11854 well *Please* **Robert Pingaro** — PETITIONER
(Your Name)

vs.

Ameryquest mortgage Judge Tauro + Judge Hillman RESPONDENT(S)
Chedron
Alexander Cittadio                                    Doreen Solomon
lawer For Ameryquest                                  Chapter 13 Trustee

ON PETITION FOR A WRIT OF CERTIORARI TO

Federal US District court Boston mass

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

*Please* **Robert Pingaro**
(Your Name)

258 Central ST
(Address)

Saugus Mass 01906
(City, State, Zip Code)

781 231 2079
(Phone Number)

## STATEMENT OF THE CASE

IN 8/5/2004 my Chapter 13 Plan was confirmed by Judge Feeney IN Bankruptcy court in Boston

IN 2001 I was Granted A Chapter 7 Discharge IN US Bankruptcy court IN Judge Feeney court IN Boston Mass I owe But 16000 dollars To The creditor which I am paying

IN 2003 I was Granted A Hearing for Valuation on my House + Land court Ruled IN Judge Kenner court IN Bankruptcy IN Boston That my House And Land The value of 16000 which I am paying in my Chapter 13 Plan 03-11854 WICH House + Land Have Sinking Land contaminated IT IS ALL IN my Petition I Have sent To This High court my Everdence IN This case This case HAS Been Settled IN 3 Bankruptcy court's Judge's IN Boston And By The Appelate Panel for the First Circut IN Boston I Have Been fighting This case for 4 years. Again This case was settled They Are Taking me IN court All over Again And Again This must stop Creditor Amequest Approved This IN 2003 Hearing on Sept 2003 IN Bankruptcy court IN Judge Kenner court Boston mass

Mr. Robert Rugero 03-11854 Chapter 13
WCIT
Boston Mass

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[✓] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

Judge Joseph L Tauro
UNITED STATES DISTRICT COURT
Office of The Clerk
UNITED STATES COURTHOUSE
1 Courthouse Way Suite 2300
Boston Mass 02210

Creditor Amerquest Mortage Company
Attorney Alexander L Cataldo P.C.
894 Main Street
Norwell Mass 02061-2316

United States Bankruptcy Court
Judge William C Hillman Court Room 3
10 Causeway Street 1101 O'Neill Federal Building
Boston Mass 02222

Doreen B Solomon Chapter 13 Trustee
P O Box 8250
Boston Mass 02114-0033

Chapter 13
Mr Robert Tingui 03-1854

## REASONS FOR GRANTING THE PETITION

This case has been settled

Now they are taking me into court all over again and again. My chapter 13 plan was confirmed by Judge Feeney in Bankruptcy court in Boston Mass

I ask this court to vacate Judge Joseph L Tauro order for reassignment and reconsideration

I had no due process of law in this court

This case has been settled in Bankruptcy court in Boston and in Appelate court for the First Circuit I ask this court to vacate the order from Judge Hillman in Bankruptcy court to vacate the order of Judge Tauro of 8/5/2004 and 10/12/2004 Because this has been settled I ask this court for a fair ruling look at my evidence in this case this was already done in court and settled they are taking me into court all over again for the same thing.

Thank you
Mr Robert Pinyan 03-11554
W C H
Chapter 13

TO Vacate and Dissmiss judge Tauro order and Bankruptcy court in Boston mass

TO Vacate And Dissmiss Judge Tauro order on Oct 12 2o4 And 5/5/2o4 US District court Boston mass

TO Vacate And Dissmiss Evidentairy Hearing in Judge Hillman court Bankrupcy court Boston on oct 28/2o4 And Nov/16/2o4

TO Let Stand Judge Fenney Chapter 7 Discharge in 2o1 Bankrupcy court

TO Let Stand Judge Kenner Hearing held in sept 2o3 2o3 for Valvection Hearing.

TO Let Stand Judge Fenney order confirming chapter 13 plan in 2o4

## CONCLUSION

TO Let Stand Appelate court for the First Circut

The petition for a writ of certiorari should be granted.

Respectfully submitted,

Asce _____ Debtor  W C H Chapter 13
                                 03-11854  Bankrupcy cant

Date: 10/18/04

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

Pro se Robert Pingaro   03-11854 Chapter 13 WCM
_____ — PETITIONER
(Your Name)

VS.

Ameriquest Mortgage   Judge Tauro
Alexander Cataldo   Judge Hillman   _____ — RESPONDENT(S)
Doreen Solomon Chapter 13 Trustee

**PROOF OF SERVICE**

Pro se
I, Robert Pingaro _____, do swear or declare that on this date,
_____, 20 4, as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:
One Court House Way Suite 2300 Boston Mass 02210
United States District Court Judge Joseph L Tauro
Creditor Ameriquest Mortgage Alexander L Cataldo P.C. 894 Main St Norwell Mass 02061-2316
United States Bankruptcy Court Judge William Hillman 10 Causeway St 1101 Ohiott Federal Building Boston Mass 02222
Doreen B Solomon Chapter 13 Trustee PO Box 8250 Boston Mass 02114-0033

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  10/18 , 20 4

_____
(Signature)